PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

AO 243 (Rev. 2/95)

| UNITED STATES DISTRICT COURT | District | CR 02-226 |
|---|---|---|
| Name of Movant: DARRELL WILLSON | Prisoner No. 11617-016 | Case No. 02-226 EGS |
| Place of Confinement: PETERSBURG FEDERAL CORRECTIONAL INSTITUTION P.O. Box 90042 PETERSBURG, Virginia 23804 | | |

UNITED STATES OF AMERICA  V.  DARRELL WILLSON

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

2. Date of judgment of conviction  JUNE 27, 2003

3. Length of sentence  360 months

4. Nature of offense involved (all counts)  UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS or more of cocaine base (count one); UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE HEROIN (Count Two)

FILED
APR 26 2004
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 1:05CV0963
JUDGE: EMMET G. SULLIVAN
DECK TYPE: HABEAS CORPUS/2255
DATE STAMP: 05/12/2005

5. What was your plea?  (Check one)
   (a) Not guilty  XXXX☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have?  (Check one)
   (a) Jury  X☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒  No ☐

(2)